AMERICAN EXPRESS
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355


BANK OF AMERICA
4060 OGLETOWN/STANTON RD
NEWARK DE 19713


CAPITAL ONE, N.A.
BANKRUPTCY DEPT
PO BOX 5155
NORCROSS GA 30091


CARLISLE COMPANY
ATTN: HUMAN RESOURCES
PO BOX 53006
OKLAHOMA CITY OK 73152


CHASE
P.O. BOX 15298
WILMINGTON DE 19850


CHASE MTG
10790 RANCHO BERNARDO RD
SAN DIEGO CA 92127


CITIBANK USA
CITICARD CREDIT SRVS/CENTRALIZED BANKRUP
PO BOX 20507
KANSAS CITY MO 64195


DISCOVER FIN
PO BOX 6103
CAROL STREAM IL 60197


FIRST FIDELITY BK NA
1400 S MERIDIAN
OKLAHOMA CITY OK 73148

```
GEMB/JCP
ATTENTION: BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076


GEMB/WALMART
ATTN: BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076


GEMB/WALMART
PO BOX 981400
EL PASO TX 79998


HSBC BEST BUY
ATTN: BANKRUPTCY
PO BOX 5263
CAROL STREAM IL 60197


LOVE, BEAL & NIXON, P.C.
PO BOX 32738
OKLAHOMA CITY OK 73123


LVNV FUNDING LLC
P.O. B  10584
GREENVILLE SC 29603


M. SCOTT MOGAN
2601 NW EXPRESSWAY SUITE 205 E
OKLAHOMA CITY OK 73112


MACYS/FDSB
ATTN: BANKRUPTCY
PO BOX 8053
MASON OH 45040
```

SEARS/CBSD
CITICARD CREDIT SRVS/CENTRALIZED BANKRUP
PO BOX 20507
KANSAS CITY MO 64195


STEPHEN BRUCE & ASSOCIATES
PO BOX 808
EDMOND OK 73083-4559


WEOKIE CREDIT UNION
8100 WEST RENO
OKLAHOMA CITY OK 73126


ZALE/CBSD
ATTN.: CENTRALIZED BANKRUPTCY
PO BOX 20363
KANSAS CITY MO 64195