IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

NOTICE TO TRUSTEE OF SELECTION AND APPOINTMENT
AND FIXING THE AMOUNT OF BOND         2014 APR 30  P 1: 26

**Douglas N. Gould,** panel trustee in the Western District of Oklahoma, is hereby appointed Interim Trustee of the estate(s) of the below named debtor(s) and shall serve as trustee of said estate(s) unless another trustee is appointed pursuant to title 11, United States code, section 702.

The above trustee has previously filed a blanket bond with the U.S. Bankruptcy Court Clerk's office for the Western District of Oklahoma and these cases shall be covered by said blanket bond so filed.

If you decline any of the appointment(s), a resignation must be submitted to the Office of the United States Trustee.

**REOPENED**

**Khamsay Sounantha**                    10-17390-SAH


RICHARD A. WIELAND
United States Trustee


CHARLES S. GLIDEWELL
Assistant United States Trustee


DATED:   April 30, 2014              *Michee Jackano*
                                     Office of the United States Trustee
                                     215 Dean A. McGee Ave. 4th Fl.
                                     Oklahoma City, Oklahoma 73102
                                     Telephone    (405) 231-5950