**Dated: May 27, 2014,  09:38 AM**

**The following is ORDERED:**



*Sarah A Hall*
Sarah A Hall
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| KHAMSAY MEL SOUNANTHA | ) | Case No. 10-17390 |
| | ) | |
| Debtor. | ) | Chapter 7 |

### ORDER AVOIDING JUDICIAL LIEN

NOW on this 23rd day of May 2014, the Debtor having filed his *Motion to Avoid Judicial Lien and Brief in Support and Notice of Opportunity for Hearing*, by and through his counsel Tearsa Storms Olson.  Counsel represent that the Motion was filed on the 7th day of May, 2014 and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and that the last date for filing objections was May 21st, 2014, which has passed with no objection thereto being served and filed.  Therefore, Debtor's *Motion to Avoid Judicial Lien and Brief in Support and Notice of Opportunity for Hearing* should be granted.  There being no objection to said Motion, the Court, after review and being fully advised in the premises does hereby find:

1. After compliance with this Court's Local Rules allowing the appropriate objection time,

no objections have been received to the relief requested in the Debtors' Motion.

2. The existence of the Creditor's lien on the Debtor's principal residence/homestead impairs the exemption to which the Debtor is entitled regarding said property under 11 U.S.C. Sec. 522(f) and 31 O.S. 1(A)(1).

3. All findings are based on representation of counsel.

IT IS THEREFORE ORDERED BY THE COURT that the Debtor's *Motion to Avoid Judicial Lien and Brief in Support and Notice of Opportunity for Hearing* is granted and the judicial lien of the Creditor, DISCOVER BANK (DISCOVER), against the Debtor's principal residence/homestead, recorded in the office of the Oklahoma County Court Clerk on March 30, 2010, in Book 11330 at Page 1692, document no. 20100330010359490, on real property as follows, to wit:

> LOT ONE (1), OF BLOCK THREE (3), IN WESTWOOD VILLAGE ESTATES AN ADDITION TO OKLAHOMA CITY, OKLAHOMA COUNTY, OKLAHOMA ACCORDING TO THE RECORDED PLAT THEREOF
>
> Which has the address of    8228 NORTHWEST    7TH    STREET, OKLAHOMA CITY Oklahoma 73127.

is hereby avoided and cancelled.

Entered this 23rd day of May, 2014.

###

APPROVED:

/s/  Tearsa Storms Olson
Tearsa Storms Olson, OBA# 30265
2400 NW 23rd Street, Suite 102
Oklahoma City, OK 73107
Telephone: (405) 582-0012
Fax: (405) 212-4872
Attorney for Debtor